```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|   |   |
|---|---|
| JOEL JEANNITE,<br>        Plaintiff,<br><br>        v.<br><br>LT ALLAN BORGROL,<br>        Defendant. | CIVIL ACTION<br>NO. 23-11024-WGY |

## ORDER OF DISMISSAL

YOUNG, D.J.

    In accordance with the Court's Order dated August 30, 2023, it hereby ORDERED that the above-entitled action be and hereby is dismissed.

```
                                ROBERT M. FARRELL
                                CLERK OF COURT


Dated: 08/30/2023               By /s/ Jennifer Gaudet
                                Deputy Clerk
```